# Court of Appeals
# of the State of Georgia

ATLANTA,___July 22, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1960.  CHARLENE M. GREEN v. ROBERT S. BARRON.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Charlene M. Green appealed to the state court, which entered a writ of possession in favor of Robert S. Barron. Green then appealed directly to this Court. Because the order at issue disposes of a de novo appeal from a magistrate court decision, Green was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 07/22/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*